United States District Court
Southern District of Texas

**ENTERED**

June 18, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Jesus Enrique Solis Ramirez, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-3262 |
| | § | |
| Raymond Thompson, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER DISMISSING PETITION

Before the Court is Respondents' Notice to the Court indicating that Petitioner Jesus Enrique Solis Ramirez has been released from custody after being granted cancellation of removal for Nonpermanent Residents under INA § 240A(b)(1). Doc. 10 at 1; Doc. 10-1 at 2, 5.

Petitioner's release renders the sole challenge in his Petition—his detention—non-justiciable. *See* Doc. 1. The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and his demonstration that any aspect of the Petition has not been rendered moot by his release.

This is a FINAL JUDGMENT.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 18th of June, 2026.

_____

Nicholas J. Ganjei
United States District Judge